Filed 8/14/15  P. v. Allen CA3

<u>NOT</u> <u>TO</u> <u>BE</u> <u>PUBLISHED</u>

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Sacramento)

----

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>SHAQUON MICHAEL ALLEN,<br><br>    Defendant and Appellant. | C078309<br><br>(Super. Ct. No. 14F00138) |

Appointed counsel for defendant Shaquon Michael Allen asked this court to review the record and determine whether there are any arguable issues on appeal. (*People v. Wende* (1979) 25 Cal.3d 436.)  Finding no arguable error that would result in a disposition more favorable to defendant, we will affirm the judgment.

I

On March 27, 2014, defendant pleaded no contest to robbery (Pen. Code, § 211) and admitted personally using a firearm during the commission of his crime (Pen. Code, § 12022.5).  The trial court subsequently sentenced defendant to an aggregate term

1

of seven years in state prison, imposed various fines and fees, and awarded defendant 125 days of presentence credit.

On December 11, 2014, defendant filed in the trial court a Penal Code section 1170.18 petition for redesignation of his sentence pursuant to Proposition 47. The trial court denied the petition, ruling that defendant's current conviction for second degree robbery was not eligible for redesignation.

II

Appointed counsel filed an opening brief setting forth the facts of the case and asking this court to review the record and determine whether there are any arguable issues on appeal. (*People v. Wende, supra*, 25 Cal.3d 436.) Defendant was advised by counsel of the right to file a supplemental brief within 30 days of the date of filing the opening brief. More than 30 days elapsed and we received no communication from defendant.

Having undertaken an examination of the entire record, we find no arguable error that would result in a disposition more favorable to defendant.

DISPOSITION

The judgment is affirmed.


                                                          MAURO                , J.


We concur:


        BLEASE               , Acting P. J.


        DUARTE            , J.


2